JEFFRY D. KYLE-CLERK
THIRD DISTRICT COURT OF APPEALS
P.O. BOX 12547
AUSTIN, TEXAS 78711-2547

FILED
April 30, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

RICHARD L. POLLARD
#01934170
WALLACE PACK UNIT
2400 WALLACE PACK Rd
NAVASOTA, TX 77868

APRIL 25, 2015

TO THE HONORABLE COURT:

I AM WRITING TO REQUEST AN EXTENSION OF TIME TO FILE AN APPEAL IN MY CASE - COURT OF APPEALS #03-14-00545-CR. I AM NOT AN ATTORNEY, NOR EXPERIENCED IN THE LAW, BUT I BELIEVE I CAN SHOW THE COURT I WAS WRONGFULLY CONVICTED, NO THANKS TO MY TRIAL ATTORNEY, AND "ANDERS BRIEFED" BY MY APPEAL ATTORNEY.

YOUR UNDERSTANDING AND TIMELY ATTENTION TO THIS REQUEST IS GREATLY APPRECIATED.

Richard Lee Pollard

RECEIVED
APR 3 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

RANDALL LEEK HOLLAND UNIT
WALLACE PACK UNIT
2400 WALLACE PACK Rd
NAVASOTA, TX 77868

JEFFREY D. KYLE-CLERK
THIRD) DISTRIC COURT OF APPEALS
POST BOX 12527
AUSTIN, TX 78711-2547

73711254747